KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-457 VRW |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION (1) EXCLUDING TIME FROM JULY 18, 2006 TO SEPTEMBER 5, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| ERNESTO PECSON, | |
| Defendant. | |

    The parties appeared before the Honorable Vaughn R. Walker on July 18, 2006 and August 8, 2006.

    With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act from July 18, 2006 to September 5, 2006, in light of the need for the defendant's counsel to review the discovery with his client and discuss an appropriate disposition with the government. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for new counsel to review the discovery with the defendant, and would deny both the defendant and the

STIP & [PROP.] ORDER
CR 06-457 VRW

1  government continuity of counsel.

2      2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 18, 2006 to September 5, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

    4. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 18, 2006 to September 5, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED:  August 8, 2006

      /S/  
TRACIE L. BROWN  
Assistant United States Attorney

DATED:  August 9, 2006

      /S/  
CAMELLIA BARAY  
Attorney for ERNESTO PECSON

    IT IS SO ORDERED.

DATED: August 14, 2006

THE HON. VAUGHN R. WALKER  
Chief United States District Judge

STIP & [PROP.] ORDER  
CR 06-457 VRW                 2