KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 06-457 VRW |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION (1) CONTINUING STATUS HEARING FROM SEPTEMBER 5, 2006 TO SEPTEMBER 26, 2006; AND (2) EXCLUDING TIME FROM SEPTEMBER 5, 2006 TO SEPTEMBER 26, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| ERNESTO PECSON, ) | |
|     Defendant. ) | |

    The parties are scheduled to appear before the Honorable Vaughn R. Walker on September 5, 2006. Due to government counsel's childcare issues on September 5, 2006 and other concerns regarding the disposition of this case, the parties hereby stipulate as follows:

    1. The parties agree to continue the hearing currently set for September 5, 2006 to September 26, 2006.  Government counsel will now not be available on the morning of September 5, 2006 due to childcare concerns.  Further, the parties need more time to investigate the Defendant's criminal history before finalizing plea negotiations.  Accordingly, the parties request that the Court continue the hearing from September 5, 2006 to September 26, 2006.

    2. The parties further agree that exclusion of time under the Speedy Trial Act would be

STIP & [PROP.] ORDER
06-327 SI

appropriate, as both government counsel and the Defendant's counsel need to do additional investigation and analysis before plea negotiations can be finalized.  Thus, the parties agree that time is properly excluded from September 5, 2006 to September 26, 2006 for both effective preparation and continuity of counsel.

IT IS SO STIPULATED.

DATED: August 29, 2006                              /s/
                                                                    TRACIE L. BROWN
                                                                    Assistant United States Attorney

DATED: August 29, 2006                              /s/
                                                                    CAMELLIA BARAY
                                                                    Attorney for ERNESTO PECSON

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that:

1. The hearing currently set for September 5, 2006 is continued to September 26, 2006.

2. The time between September 5, 2006 and September 26, 2006 is excluded under the Speedy Trial Act on the grounds of effective preparation and continuity of counsel, as those interests outweigh the interests of the Defendant and the public in a speedy trial.

DATED: August 31, 2006
                                                                    _____
                                                                    THE HON. VAUGHN R. WALKER
                                                                    Chief United States District Judge