```
1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   TRACIE L. BROWN (CSBN 184339)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, CA 94102
        Telephone: (415) 436-6917
7       Facsimile:  (415) 436-7234

8   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-457 VRW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION (1) CONTINUING CHANGE OF PLEA HEARING FROM SEPTEMBER 26, 2006 TO OCTOBER 31, 2006; AND (2) EXCLUDING TIME FROM SEPTEMBER 26, 2006 TO OCTOBER 31, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| ERNESTO PECSON, | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before the Honorable Vaughn R. Walker on September 26, 2006. The parties hereby stipulate as follows:

1. The parties agree to continue the change of plea hearing currently set for September 26, 2006 to October 31, 2006. The parties are in the process of finalizing a plea agreement, but those negotiations will not be complete by September 26, 2006. Accordingly, the parties request that the Court continue the hearing from September 26, 2006 to October 31, 2006, which is the next Tuesday on which both the Court and the parties are available.

2. The parties further agree that exclusion of time under the Speedy Trial Act would be appropriate, as both government counsel and the Defendant's counsel need to do additional

STIP & [PROP.] ORDER
06-327 SI

investigation and analysis before plea negotiations can be finalized. Thus, the parties agree that time is properly excluded from September 16, 2006 to October 31, 2006 for both effective preparation and continuity of counsel.

IT IS SO STIPULATED.

DATED: ____9/25/06_____     _____/s/_____
                                 TRACIE L. BROWN
                                 Assistant United States Attorney

DATED: __9/25/06_____     _____/s/_____
                                 CAMELLIA BARAY
                                 Attorney for ERNESTO PECSON

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that:

1. The hearing currently set for September 26, 2006 is continued to October 31, 2006.

2. The time between September 26, 2006 and October 31, 2006 is excluded under the Speedy Trial Act on the grounds of effective preparation and continuity of counsel, as those interests outweigh the interests of the Defendant and the public in a speedy trial.

DATED: September 25, 2006        _____
                                 THE HON. VAUGHN R. WALKER
                                 Chief United States District Judge

STIP & [PROP.] ORDER
CR 06-457 VRW                        2