1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone: (510) 785-8400
   Facsimile: (510) 670-0955
4  camellia@btbandb.com

5  Attorneys for Defendant Ernesto Pecson

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,                No. CR 06-00457 VRW

13            Plaintiff,
                                            [PROPOSED] ORDER AND
14 v.                                       STIPULATION CONTINUING
                                            SENTENCING HEARING
15 ERNESTO PECSON,

16            Defendant.
                                   /
17

18        The government and Defendant Ernesto Pecson hereby stipulate as follows:

19        1. The parties are currently scheduled for a sentencing hearing on February 13,
20 2007 at 10:30 a.m. before the Hon. Vaughn R. Walker.

21        2. Defendant is in the process of obtaining an medical evaluation and report
22 which will be used as a sentencing aid at his sentencing hearing. The doctor who will evaluate
23 the defendant will not be finished with his evaluation and report until the end of March. All
24 parties would like the opportunity to review the doctor's report prior to sentencing.

25

26

27

28
STIPULATION AND ORDER
CR 06-00457 VRW                          1

3. Defendant's attorney has spoken with David Ackerman, the US probation officer assigned to this case, and he has no objection to a continuance of the sentencing hearing.

4. In order to give all parties adequate time to review the medical report and prepare for hearing, the parties stipulate that the sentencing hearing currently scheduled for February 13, 2007 be vacated and rescheduled for April 17, 2007 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: 2/5/07

ERIKA R. FRICK
Assistant United States Attorney

DATED: 2/5/07

CAMELLIA BARAY
Attorney for Ernesto Pecson

IT IS SO ORDERED.

DATED: February 8, 2007

GRANTED
Judge Vaughn R Walker

STIPULATION AND ORDER
CR 06-00457 VRW

2

TOTAL P.02