IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-457 VRW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER AUTHORIZING ENTRY INTO THE DUBLIN FEDERAL DETENTION FACILITY FOR PURPOSES OF CONDUCTING A PSYCHOLOGICAL EXAMINATION |
| ERNESTO PECSON, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Dr. Larry Wornian be permitted to enter into the Dublin Federal Detention Center, located at 5701 8th Street, Camp Parks, in Dublin, California, for the purposes of conducting a psychological examination of the defendant, Ernesto Pecson. Dr. Wornian is permitted to enter the facility at any time on February 27, 2007 and remain for as many hours as necessary to conclude his examination.

Date: February 22, 2007

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT COURT
JUDGE

GRANTED
Judge Vaughn R Walker

1