Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Ernesto Pecson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00457 VRW |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING HEARING |
| v. | |
| ERNESTO PECSON, | |
| Defendant. | |

The government and Defendant Ernesto Pecson hereby stipulate as follows:

1. The parties are currently scheduled for a sentencing hearing on April 17, 2007 at 10:30 a.m. before the Hon. Vaughn R. Walker.

2. On April 3, 2007, Defendant was examined by a licensed psychologist, Dr. Wornian. Dr. Wornian is in the process of preparing his report of this examination and will need approximately 4 weeks to finish. All parties would like the opportunity to review and comment upon the doctor's report prior to sentencing.

STIPULATION AND ORDER
CR 06-00457 VRW                               1

3. Defendant's attorney has spoken with David Ackerman, the US probation officer assigned to this case, and he has no objection to a continuance of the sentencing hearing.

4. In order to give all parties adequate time to review the medical report and prepare for hearing, the parties stipulate that the sentencing hearing currently scheduled for April 17, 2007 be vacated and rescheduled for June 12, 2007 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: 4/9/07

TRACIE BROWN
Assistant United States Attorney

DATED: 4/10/02

CAMELLIA BARAY
Attorney for Ernesto Pecson

IT IS SO ORDERED.

DATED: April 13, 2007

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER
CR 06-00457 VRW                           2