1 | Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
2 | 24301 Southland Dr., Ste 312
Hayward, Ca. 94545
3 | Telephone: (510) 785-8400
Facsimile:  (510) 670-0955
4 | camellia@btbandb.com

5 | Attorneys for Defendant Ernesto Pecson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 06-00457 VRW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION CONTINUING SENTENCING HEARING |
| v. | |
| ERNESTO PECSON, | |
| Defendant. | |

The government and Defendant Ernesto Pecson hereby stipulate as follows:

1. Defendant had been scheduled for a sentencing hearing on June 12, 2007 at 10:30 a.m. before the Hon. Vaughn R. Walker.

2. On May 16, 2007, all parties were informed that Judge Walker was unavailable on June 12th and that the sentencing hearing was rescheduled to June 19, 2007.

3. Defendant's attorney has spoken with David Ackerman, the US probation officer assigned to this case, and he stated he was going to be out of town and unavailable on June 19th. Mr. Ackerman requested that sentencing be continued to a date available to all parties.

STIPULATION AND ORDER
CR 06-00457 VRW                              1

4. In order to allow for the appearance of all interested parties at Mr. Pecson's sentencing hearing, the parties stipulate that the sentencing hearing currently scheduled for June 19, 2007 be vacated and rescheduled for July 10, 2007 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: June 5, 2007

_____
TRACIE BROWN
Assistant United States Attorney

DATED: June 5, 2007

_____
CAMELLIA BARAY
Attorney for Ernesto Pecson

IT IS SO ORDERED.

DATED: 6/7/2007

_____

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND ORDER
CR 06-00457 VRW                              2