Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Ernesto Pecson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     No. CR 06-00457 VRW

        Plaintiff,

v.     [PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING HEARING

ERNESTO PECSON,

        Defendant.
_____/

The government and Defendant Ernesto Pecson hereby stipulate as follows:

1. Defendant is scheduled for a sentencing hearing on July 10, 2007 at 10:30 a.m. before the Hon. Vaughn R. Walker.

2. The sentencing hearing had been rescheduled previously to allow time for the Defendant to be examined by a psychologist. The psychological examination has been completed and defense counsel received a copy of the psychological report on June 22, 2007. On June 26, the report was distributed to US Attorney, Tracie Brown, and US Probation Officer David Ackermann. Upon receipt of the report, Mr. Ackermann informed defense counsel that he

STIPULATION AND ORDER
CR 06-00457 VRW                  1

would need additional time to review the report and incorporate information from the report in his PSR. He requested that the sentencing hearing be continued to August.

3. Additionally, Mr. Ackermann informed defense counsel that he was going to be out of town and unavailable on July 10th.

4. In order to allow for the appearance of all interested parties at Mr. Pecson's sentencing hearing, the parties stipulate that the sentencing hearing currently scheduled for July 10, 2007 be vacated and rescheduled for August 14, 2007 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: 7/6/07

TRACIE BROWN
Assistant United States Attorney

DATED: 7/6/07

CAMELLIA BARAY
Attorney for Ernesto Pecson

IT IS SO ORDERED.

DATED: July 11, 2007

IT IS SO ORDERED
Judge Vaughn R Walker

STIPULATION AND ORDER
CR 06-00457 VRW                    2